**UNITED STATES DISTRICT COURT**
**District of Minnesota**

Jerome C. Ruzicka,

                              Plaintiff,

v.

Starkey Laboratories, Inc., a corporation,
William Austin, and Brandon Sawalich,

                              Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Civ. No.     16-cv-00174 (ADM/JSM)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

that the March 15, 2016 Stipulation (ECF Doc. No. 5) is vacated and withdrawn, the Court's March 15, 2016, Order (ECF Doc. No. 6) is vacated and withdrawn, and Count IV of Ruzicka's Complaint shall be and is dismissed on the merits and with prejudice. IT IS FURTHER ORDERED that this action shall be and is remanded to the Hennepin County, Minnesota Fourth Judicial District from which it was removed.

Date: March 24, 2016                                                     RICHARD D. SLETTEN, CLERK

                                                                                s/Leah E. Gilgenbach
                                                    (By)          Leah E. Gilgenbach, Deputy Clerk