

**FILED**

MAR 28 2016

DIST. COURT ADMINISTRATOR
_____ DEPUTY



# UNITED STATES DISTRICT COURT
## District of Minnesota

| Warren E. Burger Federal Building and U.S. Courthouse 316 North Robert Street Suite 100 St. Paul, MN 55101 (651) 848-1100 | U.S. Courthouse 300 South Fourth Street Suite 202 Minneapolis, MN 55415 (612) 664-5000 | Gerald W. Heaney Federal Building and U.S. Courthouse 515 West First Street Suite 417 Duluth, MN 55802 (218) 529-3500 | U.S. Courthouse 118 South Mill Street Suite 212 Fergus Falls, MN 56537 (218) 739-5758 |
|---|---|---|---|

March 25, 2016

Ms. Kellie Van Slyke
Hennepin County District Court
Civil Assignment Office
C3 Government Center
300 South Sixth Street
Minneapolis, MN 55487

**RECEIVED BY MAIL**

APR - 4 2016

CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

Case Number: **0:16-cv-00174-ADM-JSM**

Case Title: Ruzicka v. Starkey Laboratories, Inc. et al

Re: Amended Order

Dear Ms. Van Slyke:

A certified copy of the Order of Remand filed by Judge Ann D. Montgomery dated 3/24/2016 is enclosed. Please acknowledge receipt by returning a date-stamped copy of this notice in the enclosed self-addressed envelope.


Deputy Clerk: Leah E. Gilgenbach

SCANNED

APR 0 4 2016

U.S. DISTRICT COURT ST PAUL